No. 1373. Maisonave, Apelante, v. Herederos de Andrea Calero, Apelados.—Cobro de dinero. Aguadilla. Julio 30, 1915. *Desestimada la apelación.*

---

No. 879. El Pueblo, Apelado, v. Torres, Apelante.—Infracción a la Ley de Sanidad. San Juan, Sección 2ª. Julio 30, 1915. *Revocada la sentencia y absuelto el acusado.*

---

No. 888. El Pueblo, Apelado, v. López, Apelante.—Acometimiento y agresión con circunstancias agravantes. Humacao. Julio 30, 1915. *Confirmada la sentencia pero modificándola por acometimiento y agresión simple.*

---

No. 1405. Vélez, Apelada, v. Rivera et al., Apelantes.—División de propiedad. (Memorándum de costas.) Mayagüez.

No. 1403. Rivera et al., Apelantes, v. Rivera et al., Apelados.—División de propiedad. (Memorándum de costas.) Mayagüez.

No. 1354. Antongiorgi et al., Apelantes, v. Roig et al., Apelados.—Prelación de obligación. Ponce.

No. 1404. Díaz et al., Apelados v. Cividanes, Apelante.—Administración judicial. Guayama. Noviembre 1, 1915. *Desistidas las apelaciones.*

---

No. 1406. Chinea, Apelante, v. Chinea, Apelado.—Reivindicación. San Juan, Sección 1ª.

No. 1407. Pérez, Apelante, v. Biaggi, Apelado.—Filiación y alimentos. Ponce.

No. 1408. Porto Rico Drug Company, Apelada, v. Martínez y Olivella, Apelante.—Cobro de dinero. Ponce. Noviembre 2, 1915. *Desestimadas las apelaciones.*